# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| WILEY E. WEBB, JR., <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM SOUTHEAST, LLC, <br><br> Defendant. | Civil Action No. _____ |

## NOTICE OF REMOVAL

Pursuant to Title 28, United States Code, Sections 1332, 1367, 1441, and 1446, Defendant Spectrum Southeast, LLC removes this action from the Circuit Court for Sullivan County, Tennessee, entitled *Wiley E. Webb, Jr. v. Spectrum Southeast, LLC,* Case No. C16360(R) (the "State Action"). In support of this removal, Defendant states as follows:

1. This is a single-plaintiff lawsuit. Plaintiff Wiley E. Webb, Jr., ("Plaintiff"), commenced the State Action by filing the Complaint on November 21, 2022, in the Circuit Court for Sullivan County, Tennessee. Plaintiff subsequently moved the court for permission to amend the Complaint, which was granted. Plaintiff's Amended Complaint was filed on December 20, 2023. In accordance with Section 1446(a), attached as **Exhibit A**, Defendant files herewith a copy of all process, pleadings, and orders served upon Spectrum Southeast, LLC in this case.[1]

2. An action shall be removable if a federal court has original jurisdiction over it.[2] A federal court has original jurisdiction under two circumstances: (1) where the controversy involves

---

[1] 28 U.S.C. § 1446(a).
[2] 28 U.S.C. § 1441(b).

a "federal question;"[3] or (2) where there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.[4]

3. Here, this Court has original diversity jurisdiction because Plaintiff asserts (or attempts to assert) a claim for damages that exceeds $75,000, exclusive of interest and costs, and there is complete diversity of the parties. Specifically, the Plaintiff asserts a claim for $250,000 in compensatory damages and $500,000 in punitive damages. (*See* Am. Compl. at 1-2[5].) Plaintiff is a resident of Sullivan County, Tennessee, and Spectrum Southeast, LLC is a Delaware Limited Liability Company. (*See* Compl. at ¶¶ 1, 3; Am. Compl. at 1.) Accordingly, the Court has original jurisdiction. This action is removable.[6]

4. Plaintiff purportedly served Defendant with the Amended Complaint on December 20, 2023. The Amended Complaint adds claims for both compensatory damages and punitive damages in excess of $75,000. (*See* Am. Compl. at 2.) Under Section 1446(b), the notice of removal of a civil action shall be filed within thirty days after the receipt by the defendant, through service, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.[7] Thirty days have not yet elapsed since Defendant was purportedly served. This removal is timely.

5. The Circuit Court for Sullivan County, Tennessee is a state court within this District; therefore, venue is proper.[8] Plaintiff, through his attorney, will be given written notice of

---

[3] 28 U.S.C. § 1331.

[4] 28 U.S.C. § 1332.

[5] Defendant will cite to the Amended Complaint by page number rather than by paragraph number due to the repetitive paragraph numbering employed in the Amended Complaint.

[6] 28 U.S.C. §§ 1332, 1441(a).

[7] 28 U.S.C. § 1146(b).

[8] 28 U.S.C. § 1441(a).

the removal, as evidenced by the Certificate of Service, and a copy of this Notice will be filed in the Circuit Court for Sullivan County.[9]

6. There are no other defendants involved in this action.

For the foregoing reasons, Defendant respectfully requests that this action proceed in this Court as an action properly removed. Defendant requests any additional relief the Court deems warranted under the circumstances.

Respectfully submitted this the 18th day of January, 2024.

         **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

         */s/ Akiah C. Highsmith*
         Akiah C. Highsmith, BPR No. 032166
         602 Sevier Street, Suite 300
         P.O. Box 3038
         Johnson City, Tennessee 37602
         Telephone: (423) 928-0181
         Facsimile: (423) 979-7636
         E-mail: ahighsmith@bakerdonelson.com

         *Attorney for Defendant Spectrum Southeast, LLC*

---

[9] 28 U.S.C. § 1446(d).

## CERTIFICATE OF SERVICE

       I hereby certify that I have this day served a copy of the foregoing document by filing it with the Court's electronic filing system, and/or mailing this document to the following via U.S. Mail at the following on this 18th day of January, 2024:

A.D. Jones, Jr.
P.O. Box 787
Bristol, Tennessee 37621-0787
Phone: (423) 968-1669
adj@btes.tv

*Attorney for Plaintiff*

                                               */s/ Akiah C. Highsmith*
                                               Akiah C. Highsmith