UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| WILEY E. WEBB, Jr., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 2:24-CV-7-KAC-CRW ) |
| SPECTRUM SOUTHEAST, LLC, | ) ) |
| Defendant. | ) ) |

## **JUDGMENT**

In the Order Dismissing Action, the Court **DISMISSED** this action with prejudice under Federal Rule of Civil Procedure 41(b) and Local Rule 68.1. The Court **DIRECTS** the Clerk to close this case.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
  *s/ LeAnna R. Wilson*
  CLERK OF COURT